THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHAM NGOC THANH BINH, | CASE NO. C24-1541-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LONG PRAIRIE PROJECT INVESTORS LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On December 12, 2024, the Court extended this matter's Rule 26 joint status report deadline to February 14, 2025. Yet no report has been filed. If the parties fail to do so by May 2, 2025, absent a showing of good cause from Plaintiff, the Court will dismiss the matter without prejudice.

//

//

//

//

//

MINUTE ORDER
C24-1541-JCC
PAGE - 1

DATED this 16th day of April 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk